CHARLES GERDING, JR., Respondent, *v.* ISAAC K. FUNK, Appellant.

*Gerding* v. *Funk*, 48 App. Div. 603, affirmed.
(Argued November 20, 1901; decided December 10, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

March 17, 1900, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*A. R. Watson, Wm. Hepburn Russell* and *Wm. Beverly Winslow* for appellant.

*Thomas Darlington* and *Abram Kling* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, LANDON and CULLEN, JJ.